**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:                                    :
**Hoyt D. McMaster,**
                                          :    Case No. 15-52555
                                               Chapter 13
Debtor.                                   :    Judge Preston

**NOTICE OF SUBMISSION OF AMENDED SCHEDULES B, D, I & J**

Now comes Debtor, Hoyt McMaster, by and through counsel, and submits the attached Amended Schedules B & D in order to clarify the year of Debtor's vehicle, and Amended Schedules I & J to include Debtor's side business income and expenses, to reflect changes in Debtor's wage withheld deductions and changes in Debtor's living expenses.

Respectfully submitted,

/s/ Crystal I. Zellar
Crystal I. Zellar  (#0038785)
**Zellar & Zellar, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Ohio 43701
Telephone:  (740) 452-8439
Facsimile:  (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 27, 2015,** a copy of the foregoing **Notice of Submission of Amended Schedules B, D, I & J** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

US Trustee                                Chapter 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

| | |
|---|---|
| Hoyt McMaster | NCP Finance Ohio LLC |
| 6985 Royalton Rd SW | 205 Sugar Camp Circle |
| Lancaster  OH  43130 | Dept CNG |
| | Dayton   OH   45409 |

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
**Zellar & Zellar, Attorneys at Law, Inc.**
Counsel for Debtor

B6B (Official Form 6B) (12/07)

In re    Hoyt D. McMaster ,    Case No.    2:15-bk-52555
                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash in Debtor's possession | - | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Peoples Bank Checking Account | - | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings in Debtor's possession - no one item worth more than $575 | - | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal clothing in Debtor's possession | - | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 12 gauge shotgun in Debtor's possession | - | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Group term life insurance through employment - no cash value | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                                                                             Sub-Total >    3,970.00
                                                                                                                             (Total of this page)

  3   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Hoyt D. McMaster , Case No. 2:15-bk-52555
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Defined benefit pension through employment with EC Babbert, Inc. Future monthly benefit entitlement only upon attaining retirement age | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Debtor anticipates inheritance from the Estate of Ada L. McMaster Estate pending in Fairfield Co Probate Court Case No. 00069514 Debtor to receive 1/4 of net estate Value unknown - estimated at $15,000 | - | Unknown |

Sub-Total >  0.00
(Total of this page)

Sheet  1  of  3  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Hoyt D. McMaster ,                                                                          Case No.   2:15-bk-52555
                                       Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Earned and unpaid wages for the past 30 days | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Ford Bronco<br>  Poor condition<br>  Secured by:<br>  Financial Service Centers of Ohio ($2,400)<br>    (aka NCP Finance Ohio, Inc.) | - | 100.00 |
| | | 1999 Dodge Ram Truck<br>  Poor condition;  195,000 miles<br>  Secured by: OneMain Financial ($11,000) | - | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 mules, dogs, cates - household pets | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    1,600.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Hoyt D. McMaster,   Case No.   2:15-bk-52555
                  Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      0.00
(Total of this page)
Total >      5,570.00

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   Hoyt D. McMaster                            ,      Case No.   2:15-bk-52555
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Carlisle McNellie Rini Kramer & Ulrich<br>24755 Chagrin Blvd #200<br>Cleveland, OH 44122 | | - | NOTICE ONLY<br><br><br>Value $           0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Financial Service Centers of Ohio LLC<br>3201 Summerhill Rd<br>Texarkana, TX 75503 | | - | NOTICE ONLY<br><br><br>Value $           0.00 | | | | 0.00 | 0.00 |
| Account No. 0610168288<br><br>Nationstar Mortgage<br>Bankruptcy Notifications<br>350 Highland Dr<br>Lewisville, TX 75067 | X | - | 4/2006<br><br>1st Mtg ($1,089.61/mo  $18,500 arrearage)<br><br>Residential real estate located at 6985 Royalton Road SW, Lancaster, Ohio<br>Value $    105,000.00 | | | | 125,150.00 | 0.00 |
| Account No. 0609873864<br><br>Nationstar Mortgage<br>Bankruptcy Notifications<br>350 Highland Dr<br>Lewisville, TX 75067 | X | - | 4/2006 -- TO BE MODIFIED<br><br>2nd Mtg ($202.48/mo  $3,900 arrearage)<br><br>Residential real estate located at 6985 Royalton Road SW, Lancaster, Ohio<br>Value $    105,000.00 | | | | 30,000.00 | 30,000.00 |
|   1  continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 155,150.00 | 30,000.00 |

In re　Hoyt D. McMaster,　　　　　　　　　　　　　　　　　　Case No.　2:15-bk-52555
　　　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 11619330<br><br>NCP Finance Ohio LLC<br>205 Sugar Camp Circle<br>Dept CNG<br>Dayton, OH 45409 | - | | 12/26/2014<br><br>Non-PMSI  (224.09% interest rate)<br><br>1996 Ford Bronco<br><br>Value $　　　100.00 | | | | 2,400.00 | 2,300.00 |
| Account No. 67350021-0338301<br><br>OneMain Financial<br>Bankruptcy Dept<br>PO Box 6042<br>Sioux Falls, SD 57117-6042 | - | | 10/2013<br><br>Non-PMSI  (29.99% interest rate)<br><br>1999 Dodge Ram Truck<br><br>Value $　　　1,500.00 | | | | 7,269.85 | 5,769.85 |
| Account No.<br><br>US Bank NA<br>750 Corporate Dr<br>Plano, TX 75024 | - | | NOTICE ONLY<br><br><br><br>Value $　　　0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet　1　of　1　continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal　　　9,669.85　　　8,069.85
(Total of this page)

Total　　　164,819.85　　　38,069.85
(Report on Summary of Schedules)

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Hoyt D. McMaster |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | 2:15-bk-52555 |

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form B 6I
## Schedule I: Your Income                                                                                                                                    12/13

**Be as complete and accurate as possible.** If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | EC Battert Inc | |
| **Employer's address** | 7415 Diley Rd NW<br>Canal Winchester, OH 43110 | |
| **How long employed there?** | 30 years  /  paid weekly | |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 4,951.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 4,951.00 | $ N/A |

---

Official Form B 6I                                                    **Schedule I: Your Income**                                                    page 1

Debtor 1    Hoyt D. McMaster                                              Case number (*if known*)   2:15-bk-52555

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 4,951.00 | $ N/A |

5. **List all payroll deductions:**
   - 5a. **Tax, Medicare, and Social Security deductions**  5a. $ 1,463.00    $ N/A
   - 5b. **Mandatory contributions for retirement plans**  5b. $ 0.00    $ N/A
   - 5c. **Voluntary contributions for retirement plans**  5c. $ 0.00    $ N/A
   - 5d. **Required repayments of retirement fund loans**  5d. $ 0.00    $ N/A
   - 5e. **Insurance**  5e. $ 279.00    $ N/A
   - 5f. **Domestic support obligations**  5f. $ 0.00    $ N/A
   - 5g. **Union dues**  5g. $ 0.00    $ N/A
   - 5h. **Other deductions.** Specify: Uniforms/Boots  5h.+ $ 86.00  + $ N/A

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6. $ 1,828.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. $ 3,123.00    $ N/A

8. **List all other income regularly received:**
   - 8a. **Net income from rental property and from operating a business, profession, or farm**
     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. $ 300.00    $ N/A
   - 8b. **Interest and dividends**  8b. $ 0.00    $ N/A
   - 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. $ 0.00    $ N/A
   - 8d. **Unemployment compensation**  8d. $ 0.00    $ N/A
   - 8e. **Social Security**  8e. $ 0.00    $ N/A
   - 8f. **Other government assistance that you regularly receive**
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: _____  8f. $ 0.00    $ N/A
   - 8g. **Pension or retirement income**  8g. $ 0.00    $ N/A
   - 8h. **Other monthly income.** Specify: _____  8h.+ $ 0.00  + $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9. $ 300.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.  10. $ 3,423.00 + $ N/A = $ 3,423.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ 3,423.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: The deduction of $26.69 from Debtor's weekly pay ended 4/17/2015. The deduction was for payment of merchandise purchased from Debtor's employer.

In re  **Hoyt D. McMaster,**                                                                  Case No.      15-52555
_____,
                              Debtors

# SCHEDULE I:  YOUR INCOME
## Continued

**Monthly Income and Expense Projection for Lawn Care Maintenance**

| | |
|---|---|
| Fuel | $60.00 |
| Repairs & Maintenance | $60.00 |
| String for weedeaters | $35.00 |
| Income Taxes | $20.00 |
| **TOTAL** | **$175.00** |

Gross Projected Monthly Income:          $475.00
Projected Monthly Operating Expenses:   - $175.00
                                                          $300.00 Net Projected Monthly Income

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Hoyt D. McMaster |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | 2:15-bk-52555 |

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

# Official Form B 6J
## Schedule J: Your Expenses                                              12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Ex-Wife (dependent) | Adult | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ 0.00

   **If not included in line 4:**

   4a.  Real estate taxes                                        4a. $ 0.00
   4b.  Property, homeowner's, or renter's insurance             4b. $ 0.00
   4c.  Home maintenance, repair, and upkeep expenses            4c. $ 50.00
   4d.  Homeowner's association or condominium dues              4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

| Debtor 1 | Hoyt D. McMaster | | Case number (if known) | 2:15-bk-52555 |
|---|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 300.00
   - 6b. Water, sewer, garbage collection — 6b. $ 0.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 200.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 417.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 75.00
10. **Personal care products and services** — 10. $ 50.00
11. **Medical and dental expenses** — 11. $ 75.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 200.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 75.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: Pet food & vet bills (2 mules, dogs and cats) — 21. +$ 56.00
22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. — 22. $ 1,498.00
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 3,423.00
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ 1,498.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 1,925.00
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes. Explain: